**Electronically Filed
Supreme Court
SCWC-18-0000290
27-AUG-2019
10:48 AM**

SCWC-18-0000290

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

LEE Y. MYERS,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000290; CASE NO. 1DTC-17-055308)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Lee Y. Myers’

application for writ of certiorari filed on July 19, 2019, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, August 27, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

